# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

          Plaintiff,

v.

                                          Criminal No. 25-cr-497 (PAM/ECW)

JUAN CARLOS RODRIGUEZ ROMERO,

          Defendant,

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

    (x)Ad Prosequendum                     ()Ad Testificandum

Name of Detainee:  Juan Carlos Rodriguez Romero
Detained at (custodian):  Sherburne County Jail

The United States requests that the (x) **Investigating Agency** ( ) U.S. Marshals transport the detainee.

Detainee is:    a.)     (x) charged in this district by:  Indictment
                     Charging Detainee With:  Assault on a Federal Officer     or
                     b.)     () a witness not otherwise available by ordinary process of the Court

Detainee will: a.)     () return to the custody of detaining facility upon termination of this proceeding
   or     b.)     (x) be retained in federal custody until final disposition of federal charges.

Appearance is necessary: January 5, 2026. Detainee is to be brought to the Magistrate on Duty for purposes of initial appearance proceedings.

Dated: December 31, 2025                     /s/ *Syngen Kanassatega*
                                          Syngen Kanassatega, AUSA

## WRIT OF HABEAS CORPUS

        (x)Ad Prosequendum                       ()Ad Testificandum

The above application is granted and the above-named custodian, the Investigating Agency, as well as the United States Marshal for this District, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

December 31, 2025                       *s/Shannon G. Elkins*
Date                                 UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known: Juan Carlos Rodriguez Romero

| | | | |
|---|---|---|---|
| A.K.A.(s) (if applicable): | | Gender: | M |
| Booking or Fed. Reg.#: | 244649346 | DOB: | xx/xx/1971 |
| Facility Address: | 13880 Business Center Drive | Race: | African American |
| | Elk River, MN 55330 | FBI #: | L7KXDC5K3 |
| Facility Phone: | 763-765-3500 | | |
| Currently Incarcerated For: | ICE Detainee | | |

### RETURN OF SERVICE

Executed on _____ by _____  _____
                                                                                       (Signature)