**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: DULCE J. FOSTER |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:              25-cr-497 PAM/ECW |
| | ) | Date:                 January 5, 2026 |
| Juan Carlos Rodriguez Romero, | ) | Courthouse:           Minneapolis |
| | ) | Courtroom:            8E |
| Defendant. | ) | Time Commenced:   1:34 p.m. |
| | ) | Time Concluded:    1:50 p.m. |
| | ) | Time in Court:      16 minutes |

APPEARANCES:

Plaintiff: Evan Gilead, Assistant U.S. Attorney
Defendant: Rob Meyers, Assistant Federal Defender
      X FPD        X To be appointed

Interpreter/ Language:   Esperanza Lopez-Dominguez/Spanish

Date Charges Filed: 12/30/2025          Offense: Assault on a federal officer with a dangerous weapon; assault on a federal office

      X Advised of Rights

on    X Indictment

X Government moves for a 3142(f)(2) detention hearing.        X Granted.

Next appearance date is Thursday, January 8, 2026 at 2:30 p.m. before U.S. Magistrate Judge Dulce J. Foster, CR 8E Mpls for:
   X Detention hrg        X Arraignment

X Government moves to unseal the case.        X Granted

Additional Information:
X Oral Rule5(f) Brady notice read on the record.
X Consular notice given.

                                                     s/jam
                                          Signature of Courtroom Deputy