**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE: DULCE J. FOSTER |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:          25-cr-497 (PAM/ECW) |
| | ) | Date:          January 8, 2026 |
| Juan Carlos Rodriguez Romero, | ) | Courthouse:          Minneapolis |
| | ) | Courtroom:          8E |
| Defendant. | ) | Time Commenced:          2:41 p.m. |
| | ) | Time Concluded:          3:43 p.m. |
| | ) | Time in Court:          58 minutes |

X **DETENTION HEARING**

APPEARANCES:

  Plaintiff: Syngen Kanassatega, Assistant U.S. Attorney
  Defendant:  Bruce Nestor
           X CJA
  Interpreter/Language: Esperanza Lopez-Dominguez/Spanish

On X Indictment

X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.

Additional Information:
X Terry Getsch testified.
Defendant arraigned, see arraignment minutes and order.

                                        *s/ms*
                                    Signature of Criminal Duty Clerk