UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| United States of America, | Case No. 25-cr-00497 (PAM/ECW) |
|---|---|
| Plaintiff, | |
| v. | **REPORT AND RECOMMENDATION** |
| Juan Carlos Rodriguez Romero, | |
| Defendant. | |

This matter is before the Court on Defendant Juan Carlos Rodriguez Romero's Motion for Order Prohibiting Immigration and Customs Enforcement from Transferring Defendant Outside the District of Minnesota ("Motion") (Dkt. 19).

This case has been referred to the undersigned United States Magistrate Judge for a report and recommendation pursuant to 28 U.S.C. § 636 and Local Rule 72.1.

Defendant Juan Carlos Rodriguez Romero ("Defendant" or "Mr. Rodriguez Romero") has been indicted in the United States District Court for the District of Minnesota on two counts of Assault on a Federal Officer with a Dangerous Weapon and one count of Assault on a Federal Officer based on events allegedly occurring in the State and District of Minnesota. (Dkt. 1.) Defendant has been appointed Minnesota counsel. (Dkt. 12.)

Defendant's present Motion seeks an order from the Court "prohibiting Immigration and Customs Enforcement from detaining Mr. Rodriguez Romero at a location or facility outside the District of Minnesota and not removing Mr. Rodriguez

Romero from the District of Minnesota without prior notice to the Court and counsel." (Dkt. 19 at 3.) On January 12, 2026, the Court issued an Order requiring the Government to respond, or in lieu of a response, "stipulate that it will not detain Mr. Rodriguez Romero at a location or facility outside the District of Minnesota and will not remove Mr. Rodriguez Romero from the District of Minnesota without 72 hours prior notice to the Court and counsel during the pendency of this criminal proceeding." (Dkt. 20.) On January 13, 2026, the Government stipulated as follows:

> The United States of America, by its attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, and Syngen Kanassatega, Assistant United States Attorney, stipulates that the U.S. Immigration and Customs Enforcement will not remove the defendant from the District of Minnesota while this matter is before the Court.

(Dkt. 21.)

On January 14, 2026, Mr. Rodriguez Romero, through his counsel, filed a reply noting the Government's Stipulation and stating that he "assumes that the Government's position includes that it would provide sufficient notice, of no less than 72 hours, to the Court and counsel if the position of the Government were to change." (Dkt. 24.)

In view of the Stipulation, the Court treats the Motion as unopposed. Based on the Stipulation and in consideration of Mr. Rodriguez Romero's Sixth Amendment rights to counsel and a speedy trial, the Court concludes that the Motion should be granted insofar as U.S. Immigration and Customs Enforcement should be precluded from detaining Mr. Rodriguez Romero at a location or facility outside the District of Minnesota and also precluded from removing Mr. Rodriguez Romero from the District of Minnesota during the pendency of this criminal case. The Stipulation did not address any notice period or

indicate that the Government objects to the requested 72 hours' notice, so the Court understands that the Government does not object to an order requiring the Government to give the Court and Mr. Rodriguez Romero's counsel at least 72 hours' notice should the Government's position change such that it intends to detain Mr. Rodriguez Romero at a location or facility outside of the District of Minnesota or remove him from the District of Minnesota. Such notice will permit the parties and the Court to address any change in the Government's position on the merits.

## RECOMMENDATION

Based on the files, records, and proceedings herein, **IT IS RECOMMENDED THAT:**

1. Defendant Juan Carlos Rodriguez Romero's Motion for Order Prohibiting Immigration and Customs Enforcement from Transferring Defendant Outside the District of Minnesota (Dkt. 19) be **GRANTED**;

2. U.S. Immigration and Customs Enforcement be prohibited from detaining Defendant Juan Carlos Rodriguez Romero at a location or facility outside the District of Minnesota and also be prohibited from removing Defendant Juan Carlos Rodriguez Romero from the District of Minnesota during the pendency of this criminal case; and

3. Plaintiff United States of America be required to provide at least 72 hours' notice should Plaintiff seek to withdraw its agreement that U.S. Customs and Immigration Enforcement will not remove Defendant Juan Carlos Rodriguez Romero from the District of Minnesota during the pendency of this criminal case.

DATED: January 14, 2026                     *s/Elizabeth Cowan Wright*
                                            ELIZABETH COWAN WRIGHT
                                            United States Magistrate Judge

# NOTICE

This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Given the injunctive relief sought, and pursuant District of Minnesota Local Rule 72.2(b)(1), the Court shortens the normal period for objections. As such, a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations on or before **January 16, 2026**. A party may respond to those objections on or before **January 20, 2026**. D. Minn. LR 72.2(b)(2). All objections and responses must comply with the word or line limits set for in D. Minn. LR 72.2(c).