UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,  Crim. No. 25-497 (PAM/ECW)

    Plaintiff,

v.  **ORDER**

Juan Carlos Rodriguez Romero,

    Defendant.

_____

This matter is before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Elizabeth Cowan Wright dated January 14, 2026. (Docket No. 23.) The R&R recommends granting Defendant Juan Carlos Rodriguez Romero's Motion to prohibit his transfer from the District of Minnesota during the pendency of this case. The Government did not file objections to the R&R.

Accordingly, **IT IS HEREBY ORDERED that:**

1. The Court **ADOPTS** the R&R (Docket No. 23);

2. The Court **GRANTS** Defendant Juan Carlos Rodriguez Romero's Motion for Order Prohibiting Immigration and Customs Enforcement from Transferring Defendant Outside the District of Minnesota (Docket No. 19);

3. U.S. Immigration and Customs Enforcement is prohibited from detaining Defendant at a location or facility outside the District of Minnesota or removing him from the District of Minnesota during the pendency of this criminal case; and

4. The Government shall provide at least 72 hours' notice should it seek to withdraw its agreement that U.S. Customs and Immigration Enforcement will not remove Defendant from the District of Minnesota during the pendency of this criminal case

Dated: January 27, 2026

s/ Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge