REC'D U.S. MARSHAL MPLS
DEC 30 25 PM 12:02

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

SEALED

United States of America
v.
Juan Carlos Rodriguez Romero (1)

)
)
)
)
)
)
)

Case No.  CR 25-497 PAM/ECW

*Defendant*

**RECEIVED**

FEB 0 6 2026

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Juan Carlos Rodriguez Romero                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment          Superseding Indictment          Information          Superseding Information          Complaint

   Probation Violation Petition          Supervised Release Violation Petition          Violation Notice          Order of the Court

This offense is briefly described as follows:                                        Pretrial Release Violation Petition

Counts 1 and 2: Assault on a Federal Officer with a Dangerous Weapon, 18:111(a)(1) and (b)
Count 3: Assault on a Federal Officer, 18:111(a)(1) and (b)

SCANNED
FEB 0 6 2026
U.S. DISTRICT COURT MPLS

Date:  12/30/2025 _____

*M. Fogarty*
*Issuing officer's signature*

City and state:   Minneapolis, MN _____

Kate M. Fogarty, Clerk of Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |

Date:    ARRESTED ON 1/5/2026
         ARRESTED BY ICE-WHCAP
         U.S. MARSHAL
         DISTRICT OF MINNESOTA
    BY _____

_____
*Arresting officer's signature*

_____
*Printed name and title*